# LAW OFFICES OF JILL R. SHELLOW

**All correspondence to:**
111 Broadway, Suite 1305
New York, NY 10006

Tel: 212.792.4911
Fax: 212.792.4946
jrs@shellowlaw.com

July 30, 2014

**BY EMAIL ONLY**
The Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Jon_Beale@nysd.uscourts.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/2014
```

RE:     *United States v. Adam H. Libby*, Docket No. 13-cr-920 (TPG)

Dear Judge Griesa:

**MEMO ENDORSED**

I am writing on behalf of Adam Libby.

Mr. Libby recently found a job working for an automobile dealership, and as part of his work is being required to attend a training program in Houston, Texas at American Financial and Automotive Services. Accordingly, I am writing to ask that your Honor temporarily modify the terms of Mr. Libby's pretrial release to permit him to travel from Charlottesville, VA to Houston, TX, from August 3-9, 2014. He has provided me with detailed information about his airline and hotel reservations, and I know where he will be and how he can be reached. I also have his cell phone number. Both Pretrial Services and the Government consent to this request.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:    AUSA Andrea Surratt, Esq. (by email only)
       Mr. Adam H. Libby (by email only)

*Approved 7/31/2014*

*Thomas P. Griesa*