# LAW OFFICES OF JILL R. SHELLOW
_____

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
All correspondence to:  40 Fulton Street, 23rd Floor, New York, NY 10038

May 20, 2015

**BY ECF ONLY**
The Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

   RE: *United States v. Adam Libby*, **Docket No. 13-cr-920 (TPG)**
   RE: *United States v. Adam Libby*, **Docket No. 14-cr-735 (TPG)**

Dear Judge Griesa:

  I am writing to address one factual contention raised in the Government's sentencing submission.

  The Government supports its argument for a sentence within the advisory Guideline range by pointing to the slogan printed on the t-shirt that Adam Libby was wearing when he was arrested at his home by DEA agents. According to the Government, the t-shirt demonstrates that the misbranding conspiracy to was "at best, merely purposeful, and at worst arrogant and mocking."  It contends that the t-shirt thus demonstrates the need for a Guidelines sentence to promote respect for the law.  Government letter at 5-6. The Government attaches more significance to the shirt than is appropriate to the facts.  When the agents appeared at Mr. Libby's home in 2013 to arrest him it was early morning.  Mr. Libby was wearing pajama bottoms and the t-shirt, which in its entirety reads:  "Research Use Only! Not for Human Consumption." *See* photo attached.  The slogan is applicable to many legitimate aspects of the work that Mr. Libby has done over the course of his career.

          Respectfully submitted,

          Jill R. Shellow

cc: AUSA Andrea Surratt (By ECF and email)
   Adam H. Libby (By email only)

**Connecticut Office**: 2537 Post Road, Southport, CT 06890  /  Tel: 203.258.1463  /  Admitted:  NY, CT, DC

# Research Use Only!

**NOT FOR HUMAN CONSUMPTION**